

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2025

No. 04-25-00100-CV

**IN THE INTEREST OF S.G.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA00587
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Lori Massey Brissette, Justice
H. Todd McCray, Justice

In accordance with this court's opinion of this date, we **DISMISS** this appeal.

It is so **ORDERED** on April 2, 2025.

_____
H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2025.

_____
Luz Estrada, Chief Deputy Clerk